William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

Gregory Gorski *(Admitted Pro Hac Vice)*
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215)735-8600
Facsimile: (215) 940-8000

Attorney for Plaintiff
JAMES AINSWORTH

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES AINSWORTH**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**Defendant.** | Case No.: 10-CV-1706-JST (MLGx)<br><br>**DECLARATION OF GREGORY GORSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

I, GREGORY GORSKI, declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania and the State of New Jersey.

2. I am a counsel of record for Plaintiff James Ainsworth in this matter after having been admitted to practice *pro hac vice* by this Court by Order, dated March 24, 2011, and have personal knowledge of the facts and circumstances of the above matter.

15

1     3.      Attached hereto as Exhibit 1 is a true and correct copy of the Order and Opinion, dated March 31, 2011, denying Experian's Motion to Transfer Venue in the matter of *Martin v. Experian Information Solutions, Inc.*, No. 10-1705 (J. Tucker).

4. Attached hereto as Exhibit 2 is a true and correct copy of the relevant portions of the September 16, 2009 Deposition Transcript of David Browne in *Howley v. Experian Info. Solutions, Inc.*, No. 09-241 (D.N.J.).

5. Attached hereto as Exhibit 3 is a true and correct copy of the relevant portions of the August 10, 2010 Deposition Transcript of Kathleen Centanni in *Howley v. Experian Info. Solutions, Inc.*, No. 09-241 (D.N.J.).

6. Attached hereto as Exhibit 4 is a true and correct copy of the August 12, 2010 letter from Michael Morgan, Esq., counsel for Experian, to plaintiff's counsel in *Howley v. Experian Info. Solutions, Inc.*, No. 09-241 (D.N.J.).

7. Attached hereto as Exhibit 5 is a true and correct copy of the parties' Joint Discovery Plan in *Brown v. Experian Info. Solutions, Inc.*, No. 09-4291 (D.N.J.).

8. Attached hereto as Exhibit 6 is a true and correct copy of a November 30, 2010 email from Eric Hardeman, Esq., counsel for Experian, to plaintiff's counsel in *Evans v. Experian Info. Solutions, Inc.*, No. 10-5422 (C.D. Cal.).

9. Attached hereto as Exhibit 7 is a true and correct copy of Experian Information Solutions, Inc.'s Initial Disclosures in *Evans v. Experian Info. Solutions, Inc.*, No. 10-5422 (C.D. Cal.).

10. Attached hereto as Exhibit 8 is a true and correct copy of a January 7, 2010 letter from Dorothy Kowal, Esq., counsel for Experian, to Judge Shipp in *Cates v. Experian Info. Solutions, Inc.*, No. 09-2487 (D.N.J.).

11. Attached hereto as Exhibit 9 is a true and correct copy of a February 3, 2011 letter from Kevin Meacham, Esq., counsel for Experian, to Judge Diamond in *Blenda v. Experian Info. Solutions, Inc., et al.*, No. 10-6769 (E.D. Pa.).

12. Attached hereto as Exhibit 10 is a true and correct copy of the results of search conducted on expedia.com for direct flights from Dallas, Texas to Orange County, California.

13. Attached hereto as Exhibit 11 is true and correct copy of driving directions from Allen, Texas to Lufkin, Texas obtained from a search of maps.google.com.

14. I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Gregory Gorski*
GREGORY GORSKI

Dated: April 4, 2011